UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. FAZIO, et al., | No. 2:14-cv-2574-TLN-KJN-PS |
| Plaintiffs, | |
| v. | ORDER |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, et al., | |
| Defendants. | |

This matter proceeds before the undersigned because plaintiffs Michael Fazio and Kim Fazio, the only two plaintiffs in this action, were until recently proceeding without counsel.  See E.D. Cal. Local Rule 302(c)(21) (referring pro se matters to Magistrate Judges).

On December 31, 2014, plaintiffs filed a proposed substitution of attorney, which indicates that both plaintiffs are now represented by attorney Russell H. Townsend in this action.  (See Substitution of Atty., ECF No. 39.)  The documents in support of the motion indicate that Mr. Townsend and both plaintiffs consent to Mr. Townsend's appearance as counsel for plaintiffs, which would afford plaintiffs legal representation with respect to any further proceedings in this action.  Accordingly, through this order, the undersigned approves the proposed substitution of attorney.  E.D. Cal. Local Rule 182(g).

In light of the appearance of counsel on plaintiffs' behalf, neither all the plaintiffs nor all the defendants in this action are proceeding in propria persona.  Accordingly, further proceedings in this action, other than discovery motions and other matters appropriately referred to the undersigned under the

1

court's Local Rules, should now be noticed before the United States District Judge assigned to this action. See E.D. Cal. Local Rule 302(c)(21) ("Actions initially assigned to a Magistrate Judge under this paragraph shall be referred back to the assigned Judge if a party appearing in propria persona is later represented by an attorney appearing in accordance with L.R. 180.").

For the reasons stated above, it is hereby ORDERED that:

1. Plaintiffs' substitution of attorney (ECF No. 39) is approved.

2. This matter, including the pending motions to dismiss (ECF Nos. 10, 18, 27), motion to remand (ECF No. 24), motion to set aside the state court clerk's entry of default (ECF No. 30), and motion to disqualify the magistrate judge (ECF Nos. 31, 36, 38), is referred to the United States District Judge assigned to this action. See E.D. Cal. L.R. 302(c)(21).

3. All dates pending before the undersigned are VACATED.[1] Defendants shall contact the courtroom deputy for the assigned District Judge to select hearing dates for their respective pending motions to dismiss (ECF Nos. 10, 18, 27). Furthermore, defendant Federal Home Loan Mortgage Corporation shall also select a hearing date for its pending motion to set aside the state court clerk's entry of default (ECF No. 30) when it contacts the courtroom deputy for the assigned District Judge. Similarly, plaintiffs shall contact the courtroom deputy for the assigned District Judge to select hearing dates for their pending motion to remand (ECF No. 24), and motion to disqualify the magistrate judge (ECF Nos. 31, 36, 38).

4. Henceforth, the caption on documents filed in this action shall be No. 2:14-cv-2574-TLN-KJN.

IT IS SO ORDERED.

Dated: January 6, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Because all dates scheduled before the undersigned have been vacated, the parties' stipulation to continue the hearings before the undersigned currently scheduled for January 15, 2015 to January 29, 2015 is moot. (See ECF No. 41.) Accordingly, the court declines to approve this stipulation.