UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. FAZIO, and KIM MARIE FAZIO,<br><br>        Plaintiffs,<br><br>   v.<br><br>WASHINGTON MUTUAL FA FEDERAL DEPOSIT INSURANCE CORPORATION, JP MORGAN CHASE NA, MTC FINANCIAL INC DBA TRUSTEE CORPOS, and DOES 1-100 and Roes 1-30,<br><br>        Defendants. | No. 2:14-cv-00538-GEB-KJN<br><br>**ORDER** |
| MICHAEL A. FAZIO, and KIM MARIE FAZIO,<br><br>        Plaintiffs,<br><br>   v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; MTC FINANCIAL, DBA TRUSTEE CORPS; JOSEPH V. QUATTROCCHI, and Does 1-100,<br><br>        Defendants. | No. 2:14-cv-02574-TLD-KJN |

The "Amended Notice Concerning Related Cases" regarding the above-captioned actions, filed December 23, 2014, (Am. Notice, ECF No. 35), has been considered. However, in light of the claims in the later-filed action, that action will not be re-

1

assigned because it has not been shown that re-assignment is likely to effect a substantial saving of judicial effort.

Dated: January 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2